# UNITED STATES DISTRICT COURT

for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br>Preston Nelson-Kestner<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-mj-00044-EPG |

**FILED**
Apr 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 2023- December 2023 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(B) | STALKING (Cyber- Stalking) |
| 18 U.S.C. § 2252(a)(2) | Receipt & Distribution of Child Pornography |

This criminal complaint is based on these facts:

See attached complaint affidavit of FBI Special Agent Adam Bruflat (incorporated here)

☑ Continued on the attached sheet.

*Adam Bruflat*
*Complainant's signature*

Adam Bruflat, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Apr 18, 2025**

*Erica P. Grosjean*
*Judge's signature*

City and state: Fresno, California    Honorable Erica P. Grosjean - United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT OF SPECIAL AGENT ADAM BRUFLAT
# IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam Bruflat, being duly sworn, state:

1.I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since September 2021, and I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C).  I received basic law enforcement instruction at the FBI Academy from approximately September 2021 through February 2022. During that time, I received training in a variety of investigative techniques and legal matters, including topics on Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have been employed by the FBI since June of 2017. After initially working as a member of the clerical support staff, I was promoted to Tactical Analyst.  While employed as a Tactical Analyst and clerical support staff, I worked on various cases and assignments including Iranian and Russian Counter-Intelligence matters, kidnapping, bank fraud, wire fraud, and drug trafficking. Currently I am assigned to the FBI's Violent Crimes Squad in Fresno, CA and have been since March 2022. While on the Violent Crimes Squad, I have worked on a variety of cases, including child sexual exploitation, gang violence, narcotics, burglary, kidnap for ransom, and unlawful flight to avoid prosecution (UFAP). Additionally, I have been assigned to assist the Central California Internet Crimes Against Children (ICAC) Task Force and have worked a myriad of cases involving child sexual exploitation, child pornography, and online enticement. I possess a Bachelor of Science in Criminal Justice Institutional Theory from John Jay School of Criminal Justice and a Master of Science in Global Affairs-Transnational Security from New York University. Prior to working for the FBI, I was a member of the United States Marine Corps (USMC) for four years and attained the rank of Corporal. While a member of the USMC I became an infantryman and deployed to several different areas, including a combat zone in Afghanistan. During

this time, I participated in numerous counter-insurgency missions and trained/assisted Afghan military forces on counterinsurgency/counter drug trafficking.

2.      The statements in this affidavit are based in part on information provided by other law enforcement agents, as well as my own investigation of this matter. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that Preston **NELSON-KESTNER** has violated 18 U.S.C. § 2261A (Stalking) and 18 U.S.C. § 2252(a)(2) (Receipt and Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct).

## Investigation History

3.      The FBI is investigating Preston **NELSON-KESTNER** for stalking as well as receipt, distribution, and possession of images of child sexual exploitation. On December 27, 2023, Fresno Police Detective Fernando Rosario and I responded to the residence of an adult female (CV1), located in Fresno, California. She had submitted a complaint to the Fresno Police Department involving possible extortion of her and receipt and distribution of child pornography. Detective Rosario and I were both assigned to the Central California ICAC Task Force in Fresno, California. When Detective Rosario and I interviewed CV1 she revealed that she and her then 19-year-old daughter, Confidential Victim 2 (CV2), had been receiving harassing messages online and had been extorted by an unknown person for several months. CV1 has several children, including CV2, and a younger minor son. The son was intermittently present during the interview, but CV2 was not present during this initial interview.

4.      CV1 stated that she maintains an OnlyFans[1] account and has several subscribers who pay to receive her adult nude content through the website. One subscriber had been sending CV1 obscene messages and demands for additional sexually explicit content since approximately October 2023. The Only Fans username of the unknown extorter was "Lmao 74747" (SUBJECT ONLYFANS ACCOUNT or SOA). CV1 allowed agents to review the messages between the SOA user and herself. There were messages between the accounts from the period of approximately October 2022 through the end of December 2023. CV1 and the SOA user had normal friendly discussions sporadically from October 2022 until around October 28, 2023. At this point the user of the SOA became hostile towards CV1 and demanded that she take specific nude photos. This type of conduct is not necessarily unusual within OnlyFans as customers will occasionally ask for specific sexual poses or videos and tip (i.e. provide extra payment to) an OnlyFans model for these requested poses. CV1 had sent numerous videos and/or still images of herself to the SOA user up until late October 2023 but had yet to be paid for the videos and images.

5.      On October 28, 2023, CV1 responded to the numerous past requests and re-sent a video that she had sent the user previously. CV1 added a message at the bottom of her video that said, "Please remember I've sent you things that you said you would tip "big" but you never did..". At this point the SOA user turned hostile and wrote back to CV1, "because you never are there. I didn't feel like I needed to because you wouldn't have even noticed that I sent it. This alone took you a week to respond to. I have everything you sent me recorded. If you want me to post all of it, I can. Even the 4 min vid of you fingering your ass. It has your face in it. And all the pics on your page. Do you want me to post all of it?". The SOA user then sent CV1 numerous screen recordings of

---

[1] OnlyFans is an internet content subscription service based in London, England. The service is used primarily by people who produce pornography, but it also hosts the work of other content creators, such as physical fitness experts and musicians.

her videos and images that the user had saved, thus proving that the user did have access to these nude images and videos of her, several of which showed her face.

### SOA User Sends Images of Child Sexual Exploitation and Additional Demands

6.      CV1 did not comply with the demands from the SOA user to send additional nude images after October 28, 2023. The SOA user continued to send numerous threatening or harassing messages throughout the month of November 2023. For example, on November 14, 2023, the SOA messaged CV1: "im posting you 10 and your daughter". Once the user of the SOA made it known that s/he was aware that CV1 had a daughter, CV1 became scared that this unknown user might be someone who knew her or her family personally. These conversations continued sporadically for several days, and the user of the SOA continued to send threatening messages and requests. At one point in the messages the SOA user wrote, "You can stop this; Or I'm posting your daughters asshole to the whole world right now".

7.      Shortly thereafter the user of the SOA sent CV1 numerous nude images of CV1 and CV2. Some of these nude images depicted CV2 masturbating with sex toys. The SOA user then messaged CV1: "Send me some pics rn [right now] or I'm sending all of it to your fam too; [redacted] your son, your husband [redacted]. All of them." CV1 showed the images and videos to CV2 who confirmed they depicted her when CV2 was approximately 16 years old. At that age she had dyed her hair a different color. Additionally, CV2 had told her mother that she made all of those photos and videos with and for her ex-boyfriend Skylar Brasher (Brasher) when they were dating roughly two years ago. CV2 confirmed that Brasher was the male she was having sex with in some of the videos and images and that she only ever sent these images and videos to him. CV2 and Brasher broke up in late 2021 when Brasher was 18 years old and CV2 was approximately 16 years old. Brasher stated he was older than CV2 and did not want to be dating a minor. CV2 had not had any recent contact with Brasher.

**Continued Extortion Through Several Applications**

8.　　From approximately November 2023 through February 2024 the user of the SOA continued to send CV1 messages through OnlyFans. The user of the SOA told her to create and send nude images to the SOA user or the user would continue to "expose" CV1 and her daughter online. When CV1 would not respond to the user of the SOA, the user would continually send harassing or threatening messages. For example, on December 1, 2023, the user of the SOA sent CV1 15 unanswered messages and photos. In one of those messages the user wrote, "You can stop this", "Or I'm posting your daughters asshole to the whole world right now". The SOA user eventually also sent additional messages on other social media platforms. From October 2023 through January 2024 the user of the SOA sent CV1 hundreds of harassing or malicious messages on numerous Tik Tok[2] and Instagram[3] accounts. On November 30, 2023, the below exchange took place on Tik Tok between CV1 and Tik Tok username, "Timmy Timmy turner":

| SUBJECT | you want me to post all the pics? |
|---------|-----------------------------------|
| SUBJECT | You and your daughter fully naked. I'll post with both your @'s too. Both you spreading your ass will go viral. I have a lot more of both of you than what I showed you. |
| SUBJECT | Nudge symbol |
| CV1     | Nudge symbol |
| SUBJECT | ?? |
| SUBJECT | u to post?want me |

---

[2] TikTok is a short-form video hosting service owned by Chinese company ByteDance. It hosts user-submitted videos that can range in duration from 3 seconds to 10 minutes.

[3] Instagram is a photo and video sharing social networking service owned by Meta Platforms in the United States. It allows users to upload media that can be edited with filters, be organized by hashtags, and be associated with a location through geographical tagging. Posts can be shared publicly or limited to preapproved followers.

| | |
|---|---|
| CV1 | What do you want? |
| SUBJECT | I want a lot from you. text me back on onlyfans. |
| SUBJECT | Okay your asking for it. Looks like I'm gonna have to spread all of it. |
| SUBJECT | I'm sorry for the damage this will do. I made it really easy for you to get out of this. |
| SUBJECT | Nudge symbol |
| SUBJECT | 10 mins. |
| SUBJECT | I see you viewing my profile. Respond or I will ruin you and your daughters lifes. |
| SUBJECT | I will spread rumors, her nudes and tell everyone lies. Respond to me on onlyfans. |
| SUBJECT | does it bother you that I jerk and cum to your daughters tight holes? |
| SUBJECT | Her fully naked bent over shoving something in her ass because of me (Drool emoji) |
| SUBJECT | Or watching her finger her ass to the sound of you getting fucked is so hot (Drool emoji, sweat emoji). |

9.      On December 8 and 9, 2023, the (presumed same) subject messaged CV1 on Tik Tok using username "@okay8520". CV1 did not respond to these messages. Below are some excerpts from the attempted conversation:

| SUBJECT | I'm making the group chat of all of your pics and vids and the ones of your daughter huge |
|---|---|
| SUBJECT | I'm adding your followers to the chat |
| SUBJECT | if you worked with me, just sent me a few things all of it would stop. I'd delete all the posts and all of it off my phone and I'd show you proof. I just want you to make me cum while your actually there not just a old nude |
| SUBJECT | I wanna work with you because I don't want your daughters life to be ruined, I don't want everyone to call her a slut and see her body. but if you don't work with me you have no choice. |
| SUBJECT | This is really gonna start getting dangerous too. I'm posting your address with all of it with a caption "come over and get through my door to get me and my daughters pussy" |

10.     From approximately November 2023 through January 2024 someone sent numerous messages to CV1 on Instagram using the username "ricobethebest". Additionally, this user created group messages with several family members and friends of CV1 and CV2. The subject sent several nude images and videos of CV1 and CV2 to these family members and friends, including images and videos created when CV2 was a minor. CV1's minor son was targeted by the subject and was sent numerous nude images and videos of his mother and sister on Instagram during this time frame. For example, one image depicted the minor victim wearing no pants or underwear sitting on a floor bent over with the focus on her exposed vagina and anus. The minor victim is wearing a black and white shirt and has red-colored hair. Additionally, the user of the SOA sent numerous videos and images of CV2 to CV1. One image depicted CV2 lying nude on a carpet with her legs in the air and a flesh-colored dildo rubbing her vagina.

7

## Identification of Nelson-Kestner as User of the SOA

11.     On December 28, 2023, I served an administrative subpoena to Fenix International Limited dba OnlyFans for subscriber information, length of service, tolls, means of source payment, records of session times, and duration for internet connectivity for OnlyFans username Lmao 74747. On January 3, 2024, OnlyFans returned a large amount of data, some of which is summarized below:

> ID: 109759471
>
> Registration Date: 1/20/2021
>
> Registration IP: 174.248.177.31
>
> Last Known IP: 174.236.230.90
>
> Email: prestonkestner@gmail.com

12.     Using law enforcement databases I was able to determine that the registration and last-known IP addresses above were associated with internet service provider Verizon. On January 5, 2024, I sent an administrative subpoena to Verizon for IP address 174.208.100.22 for information about who was using the address on 12/26/2023 at 19:39 UTC. This IP address was pulled from the list of IP addresses used by Only Fans account Lmao74747. On January 10, 2024, Verizon returned a list of phone numbers that were possibly using the above IP address at that time. Within that list were 226 phone numbers with block sets of port numbers. If OnlyFans had provided a port number[4] for the IP address 174.208.100.22, then Verizon would have been able to delineate which number had used that IP address at that time. OnlyFans did not provide a port number when requested, nor did OnlyFans believe it stored that data. But within these 226 numbers was one phone number of interest. That phone number was 559-365-9982. The phone number was identified as a number of interest after I sent an

---

[4] Whereas an IP address identifies a device on a network, a port number identifies a specific application or service running on that device. By analogy, an IP address identifies the building number on a street while the port address identifies a particular apartment or office within the building.

administrative subpoena to Google on January 5, 2024, for the account prestonkestner@gmail.com. This email address was used to register OnlyFans account Lmao74747.

13. On January 9, 2024, Google responded to a subpoena for information associated with the prestonkestner@gmail.com account. I learned that phone number 559-365-9982 was associated with the account. On January 9, 2024, I served Verizon with an administrative subpoena for phone number 559-365-9982 that requested account and subscriber information. On January 16, 2024, Verizon provided account information including the subscriber name Daniel Brannan with an address of 1025 ½ G Avenue, Plano, Texas. This Plano, Texas address is a prior listed address of Preston **NELSON-KESTNER**'s father Jesse Kestner.

14. To further substantiate that **NELSON-KESTNER** was using 559-365-9982, FBI Task Force Officer (TFO) Katlyn Thele called the phone number 559-365-9982 on January 19, 2024. TFO Thele is a Madera County Sheriff's detective that covers the city of Oakhurst, California where family members of **NELSON-KESTNER** reside. **NELSON-KESTNER** did not answer TFO Thele's initial phone call, but he soon called her back. TFO Thele asked if she was speaking to Preston **NELSON-KESTNER**, and a male voice answered, "yes." TFO Thele then identified herself and explained she worked for Madera County and there had been an incident the previous day that he may have information about. **NELSON-KESTNER** confirmed to TFO Thele that he now lived in Huntington Beach, California. The call ended quickly, but TFO Thele called **NELSON-KESTNER** a second time to ask for his current address so she could send him some paperwork. **NELSON-KESTNER** texted TFO Thele shortly after the call with his address at 7701 Warner Avenue, H128. I found this address on Google Maps to be located in the city of Huntington Beach, CA. Verizon records also revealed that 559-365-9982 had made hundreds of phone calls and/or sent text messages. A review of these records revealed numerous messages and calls between the number 559-365-9982 and a

9

cell phone number assigned to Jason Culverson, the stepfather of Preston **NELSON-KESTNER**. 559-365-9982 also had numerous messages and calls with the phone number assigned to Julia Culverson, the mother of Preston **NELSON-KESTNER**.

### Follow Up Interviews and NELSON-KESTNER'S Knowledge of CV2

15.     On January 22, 2024, FBI Special Agent Josh Ratzlaff and I met with CV1 and CV2 for a follow up interview. CV2 confirmed in this interview that she was a minor in all of the images and videos that someone had sent to CV1 through OnlyFans and other social media platforms. CV2 was sure of this as her hair was dyed red and/or purple when she was around 15 or 16 years old. Additionally, the nude photos and videos of CV2 were taken with and for Brasher. She confirmed that she had not dated Brasher for at least two years. I showed CV2 and CV1 a photo of **NELSON-KESTNER** and asked if they recognized the individual. CV2 recognized the individual in the photo as Preston Kestner, a person with whom CV2 had gone to high school. CV2 believed **NELSON-KESTNER** had been friends with her ex-boyfriend Brasher. CV2 never dated or sent **NELSON-KESTNER** any nude images of herself and did not know why he would be the one behind the extortion and threatening messages. **NELSON-KESTNER** wanted to date CV2 when they were in high school, but she had turned him down. During a review of the OnlyFans messages between the SOA user and CV1 there was an exchange where the SOA user wrote, "This one is her ex cumming in her." A video of CV2 was transmitted to CV1 right after that message was sent. The video depicted a nude male and female having sex with the male penis entering the female vagina from the rear. The female appears to have a yellow-colored shirt on and no faces are shown in the video. Based on the statement associated with the video, it is my belief that the user of the SOA knew that this video was of CV2 when she was dating Brasher and that she was a minor when the sexually explicit images in which she was depicted were created.

### NELSON-KESTNER's Connections to
### 7701 Warner Avenue, H128 in Huntington Beach, CA

16.     **NELSON-KESTNER**'s listed address with the California Department of Motor Vehicles is 7701 Warner Ave, H128, Huntington Beach, California. Additionally, on January 25, 2024, an FBI agent in the Orange County FBI office spoke to the management company for the apartment at 7701 Warner Ave, H128, Huntington Beach, California. This apartment has a registered occupant named Jesse Kestner, who is the father of Preston **NELSON-KESTNER**. On January 19, 2024, I served internet service provider Charter Communications with an administrative subpoena for the IP address and subscriber information associated with the address of 7701 Warner Ave, H128, Huntington Beach, California. On January 30, 2024, Charter communications responded with the following information:

>   Subscriber Name: Jesse Kestner
>
>   IP address history: 2606:6000:FFC0:13:5DA7:F920:F280:D9C
>
>       Starts: 2023-06-23 18:45:11
>
>       Ends: 2024-01-30 07:30:53
>
>   IP address history: 76.32.76.152
>
>       Starts: 2023-06-23 18:45:11
>
>       Ends: 2024-01-24 07:30:53 23.

17.     During a review of the data received from OnlyFans, IP address 76.32.76.152 was used to access the OnlyFans account Lmao74747 more than 175 times on dates between August 2023 and December 2023. The same IP address was used to connect to the email account prestonkestner@gmail.com numerous times on dates between October 2023 and December 2023.

### NELSON-KESTNER'S Location

18.     On February 12, 2024, U.S. Magistrate Judge Karen E. Scott in the Central District of California issued a federal search warrant for the residence at 7701 Warner

11

Avenue, H128, Huntington Beach, CA. Prior to the execution of this search warrant, Fresno Police Detective Fernando Rosario wrote a California state search warrant to determine the location of the mobile device using 559-365-9982. This warrant revealed that phone number 559-365-9982 was actively pinging in the area of 39574 Washburn Lane, Oakhurst, CA. This is the address of **NELSON-KESTNER**'s mother and stepfather. There had been numerous IP logins to the Only Fans account from an internet account at this address**.** On February 12, 2024, Madera County District Attorney's Office investigator Donald Babineaux obtained a state of California residential search warrant for 39574 Washburn Lane, Oakhurst, CA, including for Preston **NELSON-KESTNER**, and any electronic devices on his person.

### Execution of Residential Search Warrants

19. On February 13, 2024, the state of California search warrant was executed at 39574 Washburn Lane, Oakhurst, CA. Simultaneously, FBI agents from the Los Angeles field office executed the federal search warrant at 7701 Warner Ave., H128 in Huntington Beach, CA. When executing the search warrant in Oakhurst, two individuals exited the residence, almost immediately who I identified as Jason and Julia Culverson. However, Preston **NELSON-KESTNER** remained inside the residence for several minutes and only exited after repeated call outs from law enforcement over a loudspeaker. Investigators detained and searched Preston **NELSON-KESTNER**, but no mobile devices were found on his person. He stated several times that he had left his cellular phone at his father's residence in Huntington Beach. After the residence in Oakhurst was cleared, Fresno FBI and local law enforcement investigators photographed the residence and conducted a thorough search. Preston **NELSON-KESTNER**'s cellular phone was discovered hidden in his mother's bathroom drawer. Agents had called phone number 559-365-9982 and heard the device vibrating in the bathroom drawer. This device was given to me after it was photographed and logged as evidence. The FBI search team at the Huntington Beach location made contact with **NELSON-KESTNER**'s

12

father, Jesse Kestner who was cooperative and unlocked his apartment for investigators. Several electronic devices were seized from the Huntington Beach location since they were believed to have belonged to **NELSON-KESTNER**.

## Interview of NELSON-KESTNER

20.     Fresno Police Detective Fernando Rosario and I interviewed Preston **NELSON-KESTNER** at 39574 Washburn Lane, Oakhurst, CA while other investigators completed the search of the residence. The interview was conducted in a recreational vehicle in the driveway of 39574 Washburn Lane, Oakhurst, CA, and the interview was audio and video recorded. **NELSON-KESTNER** was advised of and stated he understood his Miranda rights. **NELSON-KESTNER** confirmed he had been living at his father's residence in Huntington Beach, CA until approximately a few weeks prior to our interview. **NELSON-KESTNER** confirmed that his cellular phone number was 559-365-9982. **NELSON-KESTNER** stated that he had left his phone at his father's residence, and it was not in the residence that he had just exited. I asked **NELSON-KESTNER** several times throughout the interview where his was phone was and advised him that it was a crime to knowingly provide false statements to a federal agent.

21.     **NELSON-KESTNER** continued to insist he did not have his phone and it had been left in Huntington Beach weeks ago. I then showed **NELSON-KESTNER** the Samsung Galaxy phone that agents had retrieved from a drawer in his mother's bathroom. **NELSON-KESTNER** confirmed that was his phone, that it was connected to phone number 559-365-9982, and apologized for lying to Detective Rosario and me. **NELSON-KESTNER** claimed he did not know the password for the phone and said it was too cold for his thumbprint to unlock the device after several attempts.

22.     **NELSON-KESTNER** confirmed one of his email addresses was prestonkestner@gmail.com and confirmed he had an Only Fans account. Throughout the interview agents and detectives caught **NELSON-KESTNER** in numerous lies. Once he realized we discovered several of his lies, he apologized to Detective Rosario and myself.

13

At some point in the interview **NELSON-KESTNER** confirmed he knew who CV1 and CV2 were. He also admitted that he had attempted to extort CV1, by using nude still and video images of CV1 and CV2. **NELSON-KESTNER** stated he was not sure why he was extorting them but agreed to write an apology letter for what he had done. **NELSON-KESTNER** knew CV2 and had gone to school with her. He stated he believed that CV2 was 18 or older in the nude photos, and he claimed that she had sent the images to him on Instagram. **NELSON-KESTNER** knew who Skylar Brasher was and that Brasher had once dated CV2. Shortly after **NELSON-KESTNER** admitted to the extortion and wrote the apology letter, agents and detectives ended the interview.

23. **NELSON-KESTNER** was given an opportunity to speak to his parents and eventually opened his phone using the passcode in the presence of his mother and stepfather. Agents and detectives conducted a cursory on-scene review of the device and found a secure folder for which **NELSON-KESTNER** gave a passcode. Within this folder were numerous folders containing thousands of images and videos. There were hundreds of still and video images of minors engaged in sexually explicit conduct. Some of the images depicted toddler-aged children being raped by adults and bestiality videos. There were also folders of what appeared to be other extortion victims, including screenshots of the messages connected with the extortion of CV1 and CV2. **NELSON-KESTNER** was transported to the Fresno County Jail and charged with violations of California state criminal law including extortion and child pornography offenses.

### Identification and Interview of CV3

24. Following the arrest of **NELSON-KESTNER**, I was advised by the Madera County Sheriff's office that it had recently received a complaint regarding an extortion scheme similar to what we had been investigating. On March 1, 2024, I interviewed the victim related to the Madera County complaint. This victim (CV3) is now an adult female. CV3 was accompanied by her parents during the interview. After being advised of the identity of the interviewing agents and the nature of the interview, CV3

provided the following information. CV3 was contacted on the day of the Super Bowl in February 2024 (February 11) by someone using phone number 559-365-9982, a number that she did not recognize. The unknown user called CV3 several times and began sending threatening messages. Shortly thereafter the user sent numerous nude images of CV3 from when she was 15 and 16 years old. CV3 had taken these images with, and for her ex-boyfriend Preston **NELSON-KESTNER** and had never given them to anyone else. CV3 had broken up with **NELSON-KESTNER** "years ago". The person contacting CV3 from 559-365-9982 continually sent harassing messages and nude images (created when she was a minor) which requested that she speak to the user or send new images of CV3. The user also sent numerous similar harassing messages on Tik-Tok from account adamdurham63. CV3 provided several "screenshot" copies of the messages she had received.

25.     CV3 believed the person sending the messages was Preston **NELSON-KESTNER** since he was the only person she had ever sent the nudes images to. She also found the number 559-365-9982 on **NELSON-KESTNER**'s personal Facebook page. CV3 had contacted the Madera Sheriff's Department for her initial complaint but had not been interviewed before I had contacted her. CV3 signed a consent to search form for her personal cell phone that had received all of the harassing messages and images. I searched CV3's phone and confirmed that the phone contained images and messages consistent with her statements. I obtained an extraction of her phone and placed it as evidence with my investigation file. Based on my investigation at this point I knew that phone number 559-365-9982 was the phone number used by **NELSON-KESTNER**.

**Review of Preston NELSON-KESTNER's Phone**

26.     In January 2025, I completed a review of all of the devices that had been seized from **NELSON-KESTNER**, including the Samsung Galaxy Note 20 that had been discovered in a drawer in his mother's bathroom. When reviewing this device, I discovered more than 900 videos and images that depicted minors engaged in sexually

explicit conduct. This number includes photographs and videos of CV2 and CV3. Additionally, it appears that **NELSON-KESTNER** was engaged in extensive receipt and distribution of images of child sexual abuse since he exchanged this material with many people through Telegram[5] chats. On numerous occasions **NELSON-KESTNER** had discussions with individuals online, including requests to others to send things such as, "CP or Rape".

27.     Within the Samsung Galaxy Note 20 there was also secure folder that contained hundreds of images of CV1, CV2, and CV3. **NELSON-KESTNER** had several folders within this same secure folder with folder titles such as "Blackmail", "Telegram", and "zo"[6]. There were numerous selfie-style photos of **NELSON-KESTNER** and messages that seemed to confirm that the device belonged to and was used by him.

## CONCLUSION

28.     Based on the information above, I submit that there is probable cause to conclude that Preston **NELSON-KESTNER** committed the crimes of stalking in violation of 18 U.S.C. § 2261A(2)(B) and receipt and distribution of images of a minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(2). I therefore request that the court issue the proposed criminal complaint and associated arrest warrant for **NELSON-KESTNER**.

I swear, under penalty of perjury, that the foregoing Information is true and correct, to the best of my knowledge, information and belief.

*Adam Bruflat*

Adam Bruflat
FBI Special Agent

---

[5] Telegram is a free end-to-end encrypted communication application that can be installed on mobile devices and computers. Telegram users can use the application to hold voice and video calls with each other or to exchange text messages, which may include picture, audio, or video attachments.

[6] Based on my training and experience zo may be short for "Zoo" which is a common term used with persons interested in child sexual abuse images to reference bestiality.

Subscribed and sworn to before me on April 18, 2025 by telephone under Fed. R. Crim. P. 41(d)(3).

Honorable Erica P. Grosjean
United States Magistrate Judge

Reviewed and approved as to form:

/s/ David Gappa
David Gappa
Assistant U.S. Attorney