# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 15, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America**<br>vs.<br>Preston Nelson-Kestner | )<br>)<br>) Case No. 1:25-MJ-00044-EPG<br>)<br>) 1:25-cr-00096-JLT-SKO<br>) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Preston Nelson-Kestner_, have discussed with _Lorena Gallagher_, Pretrial Services Officer, modifications of my release conditions as follows:

**Remove the following condition of release:** 7(m) "not access the Internet and you must provide proof that all internet capable devices inside your residence are password protected to prohibit access and use."

**Replace with the following condition:** "You shall not access the Internet and must provide proof that the following internet capable devices inside your residence are password protected to prohibit your access and use.

The 3rd party custodian may only have the following specific password protected devices at the residence:

    1. In the living room/dining area: the work computer on the kitchen table, Samsung 75-inch television, Play Station 5, Direct TV box, Night Owl Security Base with 32-inch JVC monitor, Internet base and Wi-Fi booster.

    2. Guest Room: 1-Wall mounted 32-inch Vizio TV; and the 3rd Party Custodian must keep this bedroom locked when he and his wife are not home.

    3. Primary Bedroom: 65-inch Vizio TV, Wi-Fi booster, Play Station 5, and Xbox; and the 3rd Party Custodian must keep his bedroom locked when he and his wife are not home.

    **Any other devices must be removed entirely.**

Reason for modification: The previous condition was too vague.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

**CONSENT TO MODIFY CONDITIONS OF RELEASE**
Nelson-Kestner, Preston
Page 2

I consent to this modification of my release conditions and agree to abide by this modification.

_Preston Nelson-Kestner_ _____  _[signature]_            5-13-25
Signature of Defendant    Date         Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                    5/14/25
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                    5/13/25
Signature of Defense Counsel    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_[signature]_                    5/15/25
Signature of Third-Party Custodian    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_[signature]_                    5-15-25
Signature of Surety    Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __5/15/25__

☐ The above modification of conditions of release is *not* ordered.

Dated: May 15, 2025

_E. P. [signature]_
Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE