1  MICHELE BECKWITH
   Acting United States Attorney
2  DAVID GAPPA
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                 **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,            | Case No: 1:25-CR-00096-JLT-SKO

12                        Plaintiff,     | STIPULATION BETWEEN THE UNITED STATES
                                         | AND DEFENDANT REGARDING PRODUCTION
13               v.                      | AND REVIEW OF PROTECTED INFORMATION
                                         | AND PROTECTIVE ORDER
14
                                         | Ctrm:        8
15  PRESTON NELSON-KESTNER,
                                         | Hon.         Sheila K. Oberto
16                        Defendant.

17

18

19         This case involves charges related to the sexual exploitation of a minor.  The discovery in this

20  case contains private personal information regarding third parties (both adults and minors), including

21  names, dates of birth, physical descriptions, telephone numbers and/or residential addresses and other

22  sensitive information that does not need to be available to the public or persons other than defense

23  counsel and/or the defendant.  The case also involves images that might constitute depictions of a minor

24  engaged in sexually explicit conduct that the government is not authorized to reproduce and that the

25  defense is not legally entitled to possess.

26

27

28

                                         1

1    As a result, defendant Preston Nelson-Kestner, by and through his counsel of record, Galatea

2 DeLapp (defense counsel), and the United States of America, by and through Assistant United States

3 Attorney David Gappa, agree as follows:

4    1.    This court may enter a protective order under Rule 16(d) of the Federal Rules of Criminal

5 Procedure, and the court's general supervisory authority.

6    2.    The protective order should cover all discovery provided to or made available to defense

7 counsel as part of discovery in this case including digital evidence and contraband.

8    3.    The Federal Bureau of Investigation (FBI) shall make any contraband material available to

9 defense counsel for review within the confines of the FBI office in Fresno.

10    4.    Any contraband evidence shall be made available for defense counsel, Galatea DeLapp,

11 for the purpose of preparing for the defense of the above-entitled action.  The contraband evidence shall

12 not be viewed by any other person unless defense counsel is present and the viewing is necessary to

13 prepare for defendant=s defense.

14    5.    Neither defense counsel nor any defense expert or investigators shall remove any

15 contraband material from the FBI office.

16    6.    Any disputes regarding the above or problems implementing this order shall be brought

17 to the attention of the court through representative counsel after first consulting opposing counsel.

18 By signing this stipulation and protective order, defense counsel agrees not to share any documents that

19 contain protected information with anyone other than a designated defense investigator, designated

20 defense expert, and support staff.  The parties agree that defense counsel, defense investigators, and

21 support staff shall not allow the defendant to copy protected information contained in the discovery or to

22 review unredacted versions of documents.  The parties agree that defense counsel, defense investigators,

23 and support staff may provide the defendant with copies of documents, if any, from which protected

24 information has first been redacted.

25    7    The discovery and information therein may be used only in connection with the litigation

26 of this case and for no other purpose.  The discovery is now and will forever remain the property of the

27 United States of America (the government).  Defense counsel will return the discovery to the government

28

2

1  or certify that it has been destroyed at the conclusion of the case or defense counsel's participation in the

2  case as counsel.

3     8.     Defense counsel will store the discovery in a secure place and will use reasonable care to

4  ensure that it is not disclosed to third persons in violation of this agreement.

5     9.     Defense counsel shall be responsible for advising the defendant, employees, and other

6  members of the defense team, and defense witnesses of the contents of this stipulation and order.

7     10.     In the event that defendant substitutes counsel, undersigned defense counsel agrees to

8  withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

9  this order.

10

Dated: May 21, 2025                                   /s/ Galatea DeLapp
11                                                     Galatea DeLapp
                                                       Attorney for defendant
12                                                     Preston Nelson-Kestner

13

14 Dated: May 21, 2025                                 MICHELE BECKWITH
                                                       Acting United States Attorney
15
                                                       /s/ David Gappa
16                                                     David Gappa
                                                       Assistant U.S. Attorney
17

18

19

20

21

22

23

24

25

26

27

28
                                                       3

1

2

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

3

4

UNITED STATES OF AMERICA,                    Case No: 1:25-CR-00096-JLT-SKO

5

                            Plaintiff,

6

                    v.

7

8

PRESTON NELSON-KESTNER,

9

                            Defendant.

10

ORDER ON STIPULATION BETWEEN THE
UNITED STATES AND DEFENDANT
REGARDING PRODUCTION AND REVIEW OF
PROTECTED INFORMATION

11

12

<u>ORDER</u>

13

        1.      The discovery and information within it may be used only in connection with the

14

litigation of this case and for no other purpose.  The discovery is now and will remain the property of the

15

United States of America (the government).  Defense counsel will return the discovery to the

16

government at the conclusion of the case or certify that she has destroyed any copy of discovery that was

17

provided to defense counsel.

18

        2.      Defense counsel may permit the defendant to view documents in the presence of his

19

attorney(s), defense investigator(s), and/or support staff.  The parties agree that defense counsel, defense

20

investigator(s), and support staff shall not allow the defendant to copy or record protected information

21

contained in the discovery.  The parties agree that defense counsel, defense investigator(s), and support

22

staff may provide the defendant with copies of documents, if any, from which protected information has

23

first been redacted.

24

        3.      Defense counsel will store the discovery in a secure place and will use reasonable care to

25

ensure that it is not disclosed to anyone in violation of this agreement.  Defense counsel shall be

26

responsible for advising the defendant, employees, and other members of the defense team, and defense

27

witnesses of the contents of this stipulation and order.

28

4

4.      If requested, the Fresno Federal Bureau of Investigation (FBI) office shall make contraband material that cannot otherwise be released to the defendant available for review or inspection at the FBI office in Fresno.

5.      Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated:    **May 21, 2025**                                /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE